IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BERT A. ROBINSON, MARY K. LUMAN, TOYIA URBANIAK, KIRK T. GARNER, <br><br>Plaintiffs, <br><br>v. <br><br>TEXAS AUTOMOBILE DEALERS ASSOCIATION ("TADA"), ET AL <br><br>Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 5:97 CV 273 <br><br>JURY |

## ORDER DISMISSING CERTAIN REMAINING DEFENDANTS

Came on to be considered in the above styled and numbered action, the Agreed Motion to Dismiss Certain Remaining Defendants [de#569] as identified in the Agreed Motion to Dismiss. Upon consideration of the motion, the court finds that the Agreed Motion to Dismiss Certain Remaining Defendants should be and is hereby GRANTED.

Further, the court ORDERS that Plaintiffs' claims against the following Remaining Defendants be, and are hereby, dismissed with prejudice:

1. Spring Creek Acquisition, Inc., d/b/a (i) Interstate Ford, (ii) Spring Creek Ford, and (iii) Conaway Floeck Ford, Defendant Number 295.

2. McMorris Downtown Ford, Inc. d/b/a (i) McMorris Ford and (ii) McMorris Ford, Inc., Defendant Number 685.

3. Wickstrom Chevrolet Co., Inc., Defendant Number 617.

4. Buddy Chevrolet, Inc. d/b/a (i) Buddy Leasing, (ii) Buddy Audi, and (iii) Buddy Volkswagen, Defendant number 103.

5. Terry Gregory Ford-Mercury, Inc., Defendant Number 239.

6. Mahan Volkswagen, Inc. d/b/a Mahan Audi, Defendant Number 352.

7. Kent Biel Buick GMC, Inc., Defendant Number 72.

8. McBean-Sterrett Ltd., d/b/a Vista Chevrolet-Geo-Isuzu, Defendant Number 599.

9. Village Toyota, Inc. d/b/a (i) The Toyota Store, (ii) Classic Toyota, (iii) Capitol BMW, (iv) Capitol Toyota-BMW, and (v) Capitol Toyota, Defendant Number 700.

**SIGNED this the 9th day of October, 2009.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE