IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BERT A. ROBINSON, MARY K. LUMAN, TOYIA URBANIAK, KIRK T. GARNER, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| TEXAS AUTOMOBILE DEALERS ASSOCIATION ("TADA"), ET AL | § § § | CIVIL ACTION NO. 5:97 CV 273 |
| Defendants. | § | JURY |

## ORDER DISMISSING ALL REMAINING DEFENDANTS

Came on to be considered in the above styled and numbered action, the Agreed Motion to Dismiss All Remaining Defendants as identified in the Agreed Motion to Dismiss. Upon consideration of the motion, the court finds that the Agreed Motion to Dismiss [de #573] should be GRANTED. Therefore,

The court ORDERS that the Agreed Motion to Dismiss be, and is hereby, granted.

The court further ORDERS that Plaintiffs' claims against all Remaining Defendants be, and are hereby, dismissed with prejudice

The court further ORDERS that each party shall bear its own costs of court.

**SIGNED this the 18th day of October, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE